UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA EPES,<br><br>             Plaintiff,<br><br>        v.<br><br>CURTIS SIDDEN,<br><br>             Defendant. | Case No. 21-cv-07716-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Cynthia L. Epes has filed suit against Defendant Curtis Sidden for breach of contract and common counts. On October 20, 2021, Mr. Sidden filed a motion to dismiss the claims or alternatively, to compel arbitration. Ms. Epes did not file an opposition within the timeframe provided for by the Civil Local Rules. *See* Civ. L.R. 7-3 (providing that "[t]he opposition must be filed and served not more than 14 days after the motion was filed"). Accordingly, the Court hereby orders Ms. Epes to show cause as to why her claims against Mr. Sidden should not be dismissed for failure to oppose the motion and/or failure to prosecute. Ms. Epes shall file her response to this order to show cause by **December 6, 2021**. In her response, she must also address the merits of Mr. Sidden's motion to dismiss. Ms. Epes is forewarned that, if she does not file a response to this order to show cause by the date specified, then the Clerk of the Court shall automatically dismiss the claims against Mr. Sidden without prejudice.

///

///

///

///

In light of this order to show cause, the hearing on the Defendant's motion to dismiss, which was set for December 9, 2021, is temporarily **VACATED**.

**IT IS SO ORDERED**.

Dated: November 17, 2021

_____
EDWARD M. CHEN
United States District Judge